United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WENSESLAO CRUZ-GARRIDO,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:26-CV-00500** |
| § | |
| **KRISTI NOEM,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner Wenseslao Cruz-Garrido's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief. ECF No. 1. Petitioner has filed two habeas petitions, including the instant one. Judge Eskridge, also of the Southern District of Texas, previously denied a petition incorporating the same claims which appear here. ECF No. 5 – Ex. 1. The Court finds that Judge Eskridge's decision controls this case given that the two petitions are substantially identical and no intervening legal developments require a different outcome. Accordingly, the Petition is **DENIED.** The Clerk is instructed to close the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 2nd day of March, 2026.

_____
Keith P. Ellison
United States District Judge

1 / 1